# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156502(65)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ANTJUAN PIERRE JACKSON,
        Defendant-Appellant.
_____/

SC: 156502
COA: 332307
Kalamazoo CC: 2014-000203-FC

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his supplement brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before January 30, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2018



Clerk